# THE LAW OFFICE OF VICTORIA BROUSSARD
## THE SPECIALIZED LEGAL CARE YOU DESERVE



*4642 West Market Street, #124*
*Greensboro, North Carolina 27404*
*512-963-7094 Phone; 512-672-7052 Fax*
*victoria@broussardlegal.com*
*www.broussardlegal.com*

August 9, 2017

United States District Court
District of Colorado
901 19th Street
Denver, Colorado 80294

**RE:     NOTICE OF CHANGE OF ADDRESS**

Civil Action Number: 16-cv-01754-KMT; Dwight D. York, aka Malachi York v. The Bureau of Prisons

Dear Clerk of the Court and Valued Colleagues,

Please be informed The Law Office of Victoria Broussard has relocated. Accordingly, be certain to now direct all mailed correspondence to the law office at the following address:

The Law Office of Victoria Broussard
4642 West Market Street, #124
Greensboro, North Carolina 27407

All other contact information remains the same. Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Victoria Broussard*

Victoria Elyonda Broussard